JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN SWANSON (CSBN 88143)
Chief, Civil Division
JAMES A. SCHARF (CSBN 152171)
Assistant United States Attorney

150 Almaden Blvd, Suite 900
San Jose, California 95113
Telephone:   (408) 535-5044
Facsimile:    (408) 535-5081
Email: james.scharf@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES C. DIAZ, SR. ) | Case No.  C 07-4164 MEJ |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **STIPULATION AND ~~PROPOSED~~** |
| ) | **ORDER RE EXPERT DISCOVERY** |
| UNITED STATES OF AMERICA, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Whereas, the parties have completed basic discovery, including the depositions of plaintiff, defendant Garza and postal employee Gullo, which were completed on March 4, 2008;

Whereas, there is a settlement conference with Magistrate Judge Laporte set for May 8, 2008;

Whereas, the parties hope that the case can be settled at or before that settlement conference;

Whereas, the parties wish to delay incurring the costs of expert discovery, including the cost of an independent medical examination and the cost of expert depositions,  until after that settlement conference, in the event the case fails to settle at that Settlement Conference.

1  Whereas, the parties believe that incurring the costs of expert discovery until after the
settlement conference increases the likelihood that the case can be settled at or before that
settlement conference;

 Whereas, under the November 26, 2007, Case Management Order, expert disclosure and
reports are currently due May 12, 2008 (just four days after the settlement conference) and expert
depositions must be completed by June 6, 2008.

 Whereas, the parties would be forced to incur expert costs before the settlement
conference, in order to comply with the November 26, 2007, Case Management Order.

 Whereas, the initial Pretrial Conference is set for November 6, 2008, and the trial is set
for December 8, 2008.

 Whereas, the parties met and conferred about this stipulation and proposed order and
agreed to same at the March 4, 2008, depositions.

 Therefore, the parties, through counsel, stipulate to the following:

1. The defense medical examination may occur after May 8, 2008.

2. Expert disclosure and reports are due July 31, 2008.

3. Expert depositions must be completed by August 28, 2008.

4. All other dates set forth in the November 26, 2007, Case Management Order,
including the dates of the Pretrial Conferences and trial, remain in effect.

STIPULATION AND PROPOSED ORDER RE EXPERT DISCOVERY
C-07-4164 MEJ                             2

| | |
|---|---|
| DATED: March 26, 2008 | Respectively submitted, |
| | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| | /S/<br>JAMES A. SCHARF<br>Assistant United States Attorney<br>Attorney for Federal Defendant |
| | /S/<br>Edward E. Hartley<br>Mary J. Bosworth<br>Attorneys for Plaintiff |
| | /S/<br>Daniel Garza<br>Defendant (in pro per) |

Good cause appearing, it is so ordered.

DATED: March 27, 2008

MARIA-ELENA JAMES
United States Magistrate Judge

STIPULATION AND PROPOSED ORDER RE EXPERT DISCOVERY
C-07-4164 MEJ                               3